PROB 12C
(7/93)

Report Date: April 23, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 3 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A Connelly          Case Number: 2:06CR02013-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/23/2007

Original Offense:    Conspiracy to Commit Bank Fraud and Aiding and Abetting , 18 U.S.C. § 371 & 2

Original Sentence:   Prison - 1 Months           Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Aine Ahmed               Date Supervision Commenced: 7/27/2012

Defense Attorney:    Richard Smith            Date Supervision Expires: 7/26/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On April 8, 2013, Mr. Connelly contacted the undersigned officer and advised that he had been using methamphetamine daily, and his drug use was taking over his life. He reported to his Department of Corrections' officer on April 9, 2013, and signed a drug use admission form, indicating the use of methamphetamine for the month of March 2013.

On April 11, 2013, Mr. Connelly reported to the U.S. Probation Office and signed a drug use admission form, indicating that his last use of methamphetamine was on April 9, 2013.

On April 15, 2013, Mr. Connelly reported to his Department of Corrections' officer and provided a urine sample for testing. The urine sample tested positive for amphetamines. A lab report confirmed this finding.

Prob12C
Re: Connelly, Gregory A
April 22, 2013
Page 2

On April 18, 2013, Mr. Connelly reported to the U.S. Probation Office as directed and prior to providing a urine sample for testing, admitted to use of methamphetamine on April 17, 2013.

On April 22, 2013, Mr. Connelly reported to Department of Corrections where the undersigned officer was also present. He provided a urine sample that tested positive for amphetamines and was arrested by Department of Corrections as a result.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/22/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/23/13
Date