Case 2:06-cr-02013-RHW    Document 277    Filed 07/18/13

PROB 12C
(7/93)

Report Date: July 17, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A Connelly       Case Number: 2:06CR02013-001-RHW

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/23/2007

Original Offense:        Conspiracy to Commit Bank Fraud and Aiding and Abetting, 18 U.S.C. §§ 371 & 2

Original Sentence:       Prison - 1 Month               Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Stephanie A. Van Marter        Date Supervision Commenced: 7/27/2012

Defense Attorney:        Colin M. George                Date Supervision Expires: 7/26/2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: As of July 16, 2013, Mr. Connelly has failed to submit a written report for the month of June 2013, which is due within the first 5 days of each month. Mr. Connelly was directed to report to the U.S. Probation Office on July 16, 2013, by 3 p.m., and failed to do so. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment<br><br>**Supporting Evidence**: On July 16, 2013, the undersigned officer contacted Mr. Connelly's employer by phone. The employer advised that Mr. Connelly stopped reporting for work approximately 2 weeks prior, and had told this employer that he would not be back to work in the future. |

Prob12C
Re: Connelly, Gregory A
July 17, 2013
Page 2

| | |
|---|---|
| 3 | **Special Condition # 23**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Connelly completed intensive inpatient treatment on June 11, 2013, and was scheduled to begin outpatient treatment on July 10, 2013. Mr. Connelly failed to begin treatment on the scheduled date, and has failed to make contact with the undersigned officer or his state probation officer to explain why. |
| 4 | **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Connelly was placed on the urinalysis testing program on June 12, 2013. He was scheduled to report on July 2, 2013, to provide a urine sample, but failed to do so. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/18/13
Date