PROB 12C
(7/93)

Report Date: January 7, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A. Connelly     Case Number: 2:06CR02013-RHW-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 23, 2007

Original Offense:    Conspiracy to Commit Bank Fraud and Aiding and Abetting , 18 U.S.C. § 371 & 2

Original Sentence:   Prison - 1 month            Type of Supervision: Supervised Release
                     TSR - 36 month

Asst. U.S. Attorney: Stephanie A Van Marter     Date Supervision Commenced: June 12, 2014

Defense Attorney:    Colin M. George            Date Supervision Expires: June 11, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1, 2 & 3 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On January 5, 2015, at approximately 1630 hours the undersigned officer received a phone call from Adept staff stating that Mr. Connelly had reported for his random urinalysis as required, but that he was attempting to use a "device" that was on his person in an attempt to defeat the urinalysis test. Adept staff was able to secure the device, and asked Mr. Connelly what he would be positive for, to which Mr. Connelly responded "meth." Adept staff stated that Mr. Connelly refused to sign a drug use admission form, and left the building. |

Th undersigned officer placed a call to Mr. Connelly on January 6, 2015, and left a message on his voice mail directing him to report to the U.S. Probation Office on January 6, 2015, before 1300 hours to address the violation. Mr. Connelly did not report as directed, and did not contact the undersigned officer. On January 6, 2015, at approximately 1630 hours, the undersigned officer received a phone call from Adept staff stating that Mr. Connelly did not stay at his residence the previous night, and that they did not know his current whereabouts. It should be noted that Mr. Connelly's approved residence is maintained by Adept, and is located immediately behind their facility. The undersigned officer is not aware of any other address for the offender, and he did not notify the U.S. Probation Office of any change of residence as required.

On January 7, 2015, the undersigned officer again placed a call to Mr. Connelly, but received no answer. The undersigned officer then placed a call to his employer, and was able to speak with the owner of the company who stated that they had not heard from Mr. Connelly since January 5, 2015. At that time, the offender had called to let them know that he would be running errands, and would not be able to work that day. Staff stated that Mr. Connelly was scheduled to work both yesterday (January 6, 2015) and today (January 7, 2015), but that Mr. Connelly had not arrived for work, and had not contacted them to let them know that he would not be able to work. Staff stated that this is not characteristic of Mr. Connelly, and that they were concerned for his safety.

The undersigned officer again contacted Adept staff who stated that Mr. Connelly did not stay at his residence last night. They stated that they had not seen or heard from Mr. Connelly since his urinalysis test on Monday (January 5, 2015).

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/07/2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

January 7, 2015
Date